**UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| **Jody H. Gibbs,** ) | |
| ) | **CASE NO. 15-50138** |
| ) | |
| ) | |
| **Debtor(s)** ) | |

**ORDER GRANTING MOTION TO REOPEN**

Proper notice having been given and the Court being sufficiently advised, IT IS HEREBY ORDERED, that this Chapter 13 case is reopened to enable the Debtor to convert to a case under Chapter 7 of the Bankruptcy Code.  Debtor shall file a Notice of Voluntary Conversion within 14 days of entry of this Order.

Prepared/Tendered by:

*Thomas H. Fulton*
Thomas H. Fulton
United States Bankruptcy Judge

Dated:  March 22, 2016

/s Steve Vidmer
Steve Vidmer
Vidmer Law Office
309A N. 4th St.
Murray, KY 42071
svidmerbr@gmail.com
(270) 753-1752
(270) 753-1757 - fax