UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JODY H GIBBS ) | |
| ) | CASE NO. 15-50138 |
| ) | CHAPTER 13 |
| ) | |
| ) | |
| ) | |
| DEBTOR(S) ) | |

**ORDER REINSTATING CHAPTER 13 CASE**

Proper notice having been given and the Court being sufficiently advised, IT IS HEREBY ORDERED, that this Chapter 13 case is reinstated to enable Debtor to convert to a case under Chapter 7 of the Bankruptcy Code.

Prepared/Tendered by:

/s Steve Vidmer
Steve Vidmer
Vidmer Law Office
309A N. 4th St.
Murray, KY 42071
svidmerbr@gmail.com
(270) 753-1752
(270) 753-1757 - fax

Thomas H. Fulton
United States Bankruptcy Judge

Dated: April 11, 2016